UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSANDRE S.,[1] | Case No.  1:26-cv-3495-TLN-JDP |
| Petitioner, | (A# 249-260-654) |
| v. | **ORDER** |
| WARDEN, | |
| Respondent. | |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 22.)  Both parties have filed objections to the findings and recommendations (ECF Nos. 23, 24), and they have been considered by the undersigned.

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file and the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2026 (ECF No. 22) are adopted in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED in part;

3. Petitioner (A# 249-260-654) shall be provided a hearing within seven days of this Order.  At this hearing, Respondents must demonstrate by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (2017).  At any such hearing, Petitioner shall be allowed to have counsel present;

4. Respondent is ordered to file a **status report, within five days** of the bond hearing, confirming that the hearing occurred and identifying the outcome of the hearing;

5. Petitioner's motion for temporary restraining order (ECF No. 2) is DENIED as moot; and

6. The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: June 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2